1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:   (510) 747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
## SAN FRANCISCO DIVISION
11

12 **UNITED STATES OF AMERICA**,

No. **C01-0161 M**

13           Plaintiff,

14     v.

**ORDER OF CONTINUING GARNISHMENT**

15 **JEFFREY STEWART FARROW
aka JEFFREY S. FARROW**,

16           Defendant(s),

17    and

18 **ZS PHARMA, INC.**,

19           Garnishee.

20 _____/

21     A Writ of Continuing Garnishment, directed to the above captioned Garnishee, has

22 been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing

23 Garnishment, the Garnishee served an Answer to the Writ by mail on November 4, 2015,

24 stating that at the time of the service of the Writ, the Garnishee had in its possession or

25 under its control personal property belonging to and due the above entitled defendant

26 (debtor, hereafter), and that Garnishee was indebted to debtor in the sum of his/her gross

27 bi-weekly wages.

28     On October 23, 2015, the debtor was notified of his/her right to a hearing and has not

ORDER OF CONTINUING GARNISHMENT, cand **C01-0161 M**

requested a hearing to determine exempt property, nor has debtor filed an Objection to the Answer of Garnishee or requested a hearing on such an Objection.

The Application of Plaintiff and the Declaration of Michael Cosentino in Support of the Application for an ORDER OF CONTINUING GARNISHMENT having been considered, the matter having been submitted and good cause appearing therefor,

IT IS ORDERED that ZS PHARMA, INC., Garnishee, immediately remit to the United States Department of Justice all monies held from each pay period of the debtor from October 27, 2015, to the date of this Order, and continue to pay 25 % of net earnings for all future pay periods to plaintiff until the registration/judgment of $5,074.52, plus post judgment interest at the rate of 4.190% compounded annually pursuant to 28 USC §1961(b) from the date of registration/judgment entry, April 3, 2001, less any sums tendered toward satisfaction of the obligation during said time period, until the judgment is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court. **The balance due on the judgment as of January 6, 2016 is $8,687.56.**

IT IS FURTHER ORDERED that said payments be made payable to the U.S. Department of Justice, and be mailed to the

> U.S. Department of Justice
> Nationwide Central Intake Facility
> P.O. Box 790363
> St. Louis, MO 63179-0363

referencing the debtor's name and CDCS number 1999B53427 on the check for posting purposes.

Dated: January 8, 2016

UNITED STATES MAGISTRATE JUDGE

ORDER OF CONTINUING GARNISHMENT, cand **C01-0161 M**