| | EJ-100 |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
P.O. BOX 129

ALAMEDA, CA 94501
TEL NO.: (510) 523-4702    FAX NO. (optional): (510) 747-1640
E-MAIL ADDRESS *(Optional)*:

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S DISTRICT CT.
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

*FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY*

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: JEFFREY STEWART FARROW

CASE NUMBER: C01-0161M

### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

*FOR COURT USE ONLY*

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $ 0.00
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:* UNITED STATES OF AMERICA
   C/O MICHAEL COSENTINO
   PO BOX 129 ALAMEDA, CA 94501

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:* JEFFREY STEWART FARROW
   495 ALVARADO STREET
   SAN FRANCISCO, CA 94114

5. a. Judgment entered on *(date)*: APRIL 3, 2001
   b. [ ] Renewal entered on *(date)*:

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| SAN FRANCISCO | JUNE 11, 2001 | DOC-2001-G962385-00 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: FEBRUARY 17, 2016

▶ *(signature)*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*
MICHAEL COSENTINO

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250